No opinion. Settle order fixing date for examination to proceed upon notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

SOMMERS, INC., Appellant, v. SOMMERS BOOTERY, INC., and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, and further granted to the following extent: restraining the defendants from using the name " Sommers " in connection with the business, either upon the sign in front of the place of business or in the advertising matter or otherwise, and from simulating plaintiff's name or the appearance of plaintiff's place of business, and from all other acts calculated or likely to deceive the public into believing that the business conducted by the defendants is that of the plaintiff. No opinion. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

FEDERAL ADVERTISING AGENCY, INC., Respondent, v. ELSIE ROLLINS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, without prejudice to a further notice which shall exclude specifications based upon immaterial allegations and other matters not necessary or material. (Rogers v. Gould, 206 App. Div. 433.) Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

UNION MORTGAGE COMPANY, Respondent, v. UNION MORTGAGE COMPANY OF CLEVELAND, OHIO, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MISSISSIPPI SHIPBUILDING CORPORATION, Respondent, v. LEVER BROTHERS COMPANY and Another, Appellants.— Order reversed and motion granted on payment of taxable costs to date. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MISSISSIPPI SHIPBUILDING CORPORATION, Respondent, v. LEVER BROTHERS COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MISSISSIPPI SHIPBUILDING CORPORATION, Respondent, v. LEVER BROTHERS COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

MISSISSIPPI SHIPBUILDING CORPORATION, Respondent, v. LEVER BROTHERS COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

UTICA PARTITION CORPORATION, Plaintiff, v. JACKSON CONSTRUCTION Co., INC., Appellant, Impleaded with Others. ROBERT S. MULLEN, Receiver, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

SAMUEL J. KESSLER, Respondent, v. RUDOLPH H. GROSSMAN and Others, Individually and as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

SOL N. LUSHER, Appellant, v. ALBERT HERSKOVITS and Another, Copartners, etc., Respondents.— Order so far as appealed from affirmed, with ten dollars costs